An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CORA BUSTAMANTE A/K/A DEBBY
SEVANT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65926

**FILED**

JUL 24 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

CORA BUSTAMANTE A/K/A DEBBY
SEVANT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65927

### ORDER DISMISSING APPEALS

These are proper person appeals from orders denying motions for spoliation sanctions. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned motions, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we ORDER these appeals DISMISSED.

_____Pickering_____, J.
Pickering

_____ J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVAOA

(O) 1947A

14-24109

cc:    Hon. Michael Villani, District Judge
        Cora Bustamante
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk